IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., and ROBERT A. WHEELER, <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 250) filed by Jeffrey P. MacHarg, concerning Richard A. Graham, Jr. on January 17, 2020. Richard A. Graham, Jr. seeks to appear as counsel *pro hac vice* for Plaintiffs Philips medical Systems Nederland B.V., Philips North America LLC, and Philips India Ltd. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 250) is **GRANTED**. Richard A. Graham, Jr. is hereby admitted *pro hac vice* to represent Plaintiffs.

Signed: January 17, 2020

David C. Keesler
United States Magistrate Judge