IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action No. 3:20-cv-00021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY")WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants | |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to LCvR 83.1(g), please substitute Harrison M. Gates of Morningstar Law Group in place of Henry R. Chalmers, Scott E. Taylor, and Megan P. Mitchell, all of Arnall Golden Gregory LLP, as counsel for Defendants TEC Holdings, Inc. ("TEC") and Transtate Equipment Company, Inc. ("Transtate") in this case. Substitute counsel's address, telephone number, email address, and bar number are as follows:

> Harrison M. Gates
> N.C. State Bar No. 43793
> Morningstar Law Group
> 112 W. Main Street
> Second Floor
> Durham, NC 27701
> Telephone: 919-590-0392

1

Facsimile: 919-882-8890
hgates@morningstarlawgroup.com

All further pleadings, notices, and orders should be sent to substitute counsel. TEC and Transtate consent to this substitution. J. Christopher Jackson and John T. Kivus of Morningstar Law Group also shall continue to serve as counsel to Defendants TEC Holdings, Inc. and Transtate Equipment Company, Inc., in this action.

This the 22nd day of January, 2020.

| | |
|---|---|
| **ARNALL GOLDEN GREGORY LLP** | **MORNINGSTAR LAW GROUP** |
| */s/ Henry R. Chalmers* <br> Henry R. Chalmers Georgia <br> Bar No. 118715 <br> henry.chalmers@agg.com | */s/ Harrison M. Gates* <br> Harrison M. Gates <br> North Carolina Bar No. 43793 <br> hgates@morningstarlawgroup.com <br> Morningstar Law Group <br> 112 W. Main Street <br> Second Floor <br> Durham, NC 27701 <br> Telephone: 919-590-0392 <br> Facsimile: 919-882-8890 |
| */s/ Scott E. Taylor* <br> Scott E. Taylor <br> Georgia Bar No. 785596 <br> scott.taylor@agg.com | *Counsel for Defendants* <br> *Transtate Equipment Company, Inc.* <br> *and TEC Holdings, Inc.* |
| */s/ Megan P. Mitchell* <br> Megan P. Mitchell <br> Georgia Bar No. 916934 <br> megan.mitchell@agg.com <br> 171 17th Street NW <br> Suite 2100 <br> Atlanta, GA 30363 <br> Telephone: (404) 873-8728 <br> Facsimile: (404) 873-8729 | |

**CONSENTED TO**
**THIS 21st DAY OF JANUARY:**


**Transtate Equipment Company, Inc.**

_____
Robert A. Wheeler, President
Transtate Equipment Company, Inc.



**TEC Holdings, Inc.**

_____
Robert A. Wheeler, Secretary
TEC Holdings, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was filed using the CM/ECF system, which will automatically send notification of such filing to all counsel of record in this matter.

This the 22nd day of January, 2020.

                          */s/ Harrison M. Gates*
                          Harrison M. Gates

                          *Attorney for Defendants,*
                          *TEC Holdings, Inc. and*
                          *Transtate Equipment Company, Inc.*