# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:19-CV-365-MOC-DCK

| | |
|---|---|
| **DECORYAN STRADFORD and WILLIAM THOMPSON,** | ) ) ) |
| **Plaintiffs,** | ) ) ) |
| v. | )    **ORDER** ) |
| **SIEMENS ENERGY, INC.,** | ) ) ) |
| **Defendant.** | ) ) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The mediator, Sarah J. Kromer, filed a "Certification Of Second Mediation Session" (Document No. 50) on July 17, 2020, notifying the Court that the parties have reached a settlement in this action. The Court commends the mediator, counsel, and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case, or a motion requesting additional time to do so, on or before **August 21, 2020**.

**SO ORDERED**.

Signed: July 21, 2020

David C. Keesler
United States Magistrate Judge