# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., ) ) ) ) | |
| Plaintiffs, ) ) | |
| v. ) ) | **ORDER** |
| TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., and ROBERT A. WHEELER, ) ) ) ) | |
| Defendants. ) ) | |

**THIS MATTER IS BEFORE THE COURT** on "Plaintiffs' Motion For Pretrial Status Conference" (Document No. 337) filed February 26, 2021. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, the undersigned will deny the motion.

By the instant motion, Plaintiffs request that the Court schedule a pretrial conference to discuss the status of discovery and to provide the parties guidance with respect to the Court's expectations of the parties while discovery motions are pending. The undersigned will respectfully decline to hold a pretrial conference at this time.

The Court expects to reach the multiple pending discovery motions/disputes in this action in the near future. The undersigned has been working through a significant case backlog; moreover, the Court and the parties' efforts to resolve discovery disputes in this case informally

have not been productive. The Court does find that the pending case deadlines will need to be revised at least one more time due to the delay in resolving these discovery disputes.

The undersigned commends counsel's efforts to consider and discuss what, if any, discovery can be completed in the meantime. The Court encourages counsel to move forward as with as much discovery as possible. If the parties can narrow or resolve any of the pending disputes, all the better. Once the Court issues a ruling on the discovery disputes, the parties will be expected to move swiftly to complete any necessary discovery remaining in this case.

**IT IS, THEREFORE, ORDERED** that "Plaintiffs' Motion For Pretrial Status Conference" (Document No. 337) is **DENIED WITHOUT PREJUDICE**. Plaintiffs may renew the instant request, if necessary, after the Court issues a decision on the discovery motions.

**IT IS FURTHER ORDERED** that the case deadlines are revised as follows:

| | |
|---|---|
| Fact Discovery Completion | May 14, 2021 |
| Opening Expert Reports | June 1, 2021 |
| Rebuttal Expert Reports | July 1, 2021 |
| Expert Discovery Completion | July 16, 2021 |
| Mediation Report | July 23, 2021 |
| Dispositive Motions | July 30, 2021 |
| *Ready Date* For Trial | October 18, 2021. |

**SO ORDERED**.

Signed: February 26, 2021

David C. Keesler
United States Magistrate Judge