IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) **ORDER** |
| TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., and ROBERT A. WHEELER, | ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 355) filed by Nicholas H. Lee, concerning Nick Colic on July 14, 2021. Nick Colic seeks to appear as counsel *pro hac vice* for Defendant Robert A. Wheeler. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 355) is **GRANTED**. Nick Colic is hereby admitted *pro hac vice* to represent Defendant Robert A. Wheeler.

Signed: July 14, 2021

David C. Keesler
United States Magistrate Judge