IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., | ) ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) **ORDER** |
| TEC HOLDINGS, INC., f/k/a TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., f/k/a TRANSTATE HOLDINGS, INC., and ROBERT A. WHEELER, | ) ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 492) filed by J. Christopher Jackson, concerning Laura E. Paley, on November 2, 2021. Laura E. Paley seeks to appear as counsel *pro hac vice* for Defendant Transtate Equipment Company, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 492) is **GRANTED**. Laura E. Paley is hereby admitted *pro hac vice* to represent Defendant Transtate Equipment Company, Inc.

**SO ORDERED**.

Signed: November 2, 2021

David C. Keesler
United States Magistrate Judge