IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., ) ) ) ) Plaintiffs, ) ) v. ) ) TEC HOLDINGS, INC., f/k/a TRANSTATE ) EQUIPMENT COMPANY, INC., ) TRANSTATE EQUIPMENT COMPANY, ) INC., f/k/a TRANSTATE HOLDINGS, INC., ) and ROBERT A. WHEELER, ) ) Defendants. ) ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 583) filed by J. Christopher Jackson, concerning Angelina M. Whitfield, on December 3, 2021. Angelina M. Whitfield seeks to appear as counsel *pro hac vice* for Defendant Transtate Equipment Company, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 583) is **GRANTED**. Angelina M. Whitfield is hereby admitted *pro hac vice* to represent Defendant Transtate Equipment Company, Inc.

**SO ORDERED**.

Signed: December 6, 2021

David C. Keesler
United States Magistrate Judge