UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| **PHILIPS MEDICAL SYSTEMS,** ) | |
| **NEDERLAND, B.V., et al.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| **TEC HOLDINGS, INC., et al.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the parties' Joint Motion to Redact 11/15/2021 Hearing Transcript. (Doc. No. 598).

The motion is **GRANTED**. The following information shall be redacted from the transcript of the hearing held on November 15, 2021:

Page 8, Lines 19, 21-24

Page 9, Lines 2-3, 18-22;

Page 11, Line 23;

Page 14, Lines 3-4, 12-13;

Page 18, Lines 14-16;

Page 57, Lines 1-2;

Page 59, Lines 3, 7, 20-21, 23-25;

Page 72, Line 23;

Page 83, Lines 22-23; and

Page 89, Lines 3, 11, 22-24.

**IT IS SO ORDERED**.

Signed: January 24, 2022

Max O. Cogburn Jr
United States District Judge