UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| PHILIPS NORTH AMERICA, LLC, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **ORDER** ) |
| TEC HOLDINGS, INC., et al., | ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** comes before the Court on its own motion.

On December 10, 2021, in response to the parties' motion to stay, this Court stayed this matter and all related civil actions for 90 days to allow time for the FDA to rule on Defendant Transtate's pending FDA Trade Complaint. The 90 days has passed, and the parties filed a Status Report on March 10, 2022.

It appears that the parties agree in the Status Report that the stay should be lifted and that the proceedings in the lead case should proceed. If the parties would like for the Court to lift the stay, the Court encourages the parties to file a joint motion to lift the stay.

The Court will require either a response regarding the stay, or a motion to stay, within 15 days.

**IT IS SO ORDERED**.

Signed: March 25, 2022

Max O. Cogburn Jr
United States District Judge