UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DSC

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., ET AL., | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| vs. | )    **ORDER**<br>) |
| TEC HOLDINGS, INC., | )<br>)<br>) |
| Defendant. | ) |

**THIS MATTER** is before the Court on its own motion in light of Faegre Drinker Biddler & Reath LLP's ("Faegre Drinker" or the "Firm") Motion to Withdraw (3:20-cv-21, Doc. No. 619; 3:19-cv-272, Doc. No. 96; 3:19-cv-444, Doc. No. 90). During the status conference held on August 15, 2022, the parties indicated their willingness to submit for in camera review confidential documents related to the motion to withdraw.

The Court instructs Faegre Drinker and the parties to submit the relevant documents to the Court for in camera review. The parties may submit the documents through Cyberclerk for the Court's review. The documents shall be submitted within 7 days of entry of this Order.

**IT IS SO ORDERED**.

Signed: August 25, 2022

Max O. Cogburn Jr.
United States District Judge

1