IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., TRANSTATE EQUIPMENT COMPANY, INC., and ROBERT A. WHEELER, <br><br> Defendants. | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 654) filed by J. Christopher Jackson, concerning Jacqueline M. Whipple, on March 16, 2023. Jacqueline M. Whipple seeks to appear as counsel *pro hac vice* for Defendant Transtate Equipment Company, Inc. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 654) is **GRANTED**. Jacqueline M. Whipple is hereby admitted *pro hac vice* to represent Defendant Transtate Equipment Company, Inc.

**SO ORDERED**.

Signed: March 16, 2023

David C. Keesler
United States Magistrate Judge