# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| Philips Medical Systems Nederland B.V. et al, | ) ) ) | JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:20-cv-00021-MOC-DCK |
| vs. | ) ) | |
| TEC Holdings, Inc. et al | ) ) | |
| Defendant(s). | ) ) | |

DECISION BY COURT. This action having come before the Court by trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury's April 28, 2023 verdict.

May 1, 2023

_Frank G. Johns_
Frank G. Johns, Clerk
United States District Court