UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DSC

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) **ORDER** |
| TEC HOLDINGS, INC., | ) ) ) ) |
| Defendant. | ) ) |

**THIS MATTER** comes before the Court on its own motion, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

Pursuant to Rule 60(a), the Court sua sponte finds that, due to an oversight by the Court, the Clerk's Judgment in this matter, (Doc. No. 780), shall be vacated, to allow for formal Entry of Judgment in this matter by the Court. The Clerk is instructed to vacate the judgment. (Doc. No. 780).

**IT IS SO ORDERED**.

Signed: May 23, 2023

Max O. Cogburn Jr.
United States District Judge