IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., )<br><br>Plaintiffs, )<br><br>v. )<br><br>TEC HOLDINGS, INC., f/k/a TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., f/k/a TRANSTATE HOLDINGS, INC., ROBERT A. WHEELER, )<br><br>Defendants. ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** on the "Joint Motion For Scheduling Order For Post-Trial Motions" (Document No. 808) filed June 26, 2023. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and in consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that the "Joint Motion For Scheduling Order For Post-Trial Motions" (Document No. 808) is **GRANTED**. The scheduling order for post-trial motions shall be as follows:

For post-trial motions filed pursuant to Federal Rules of Civil Procedure 50 and 59, the deadline for filing shall be **no later than 28 days after entry of Judgment**.

For post-trial motions for attorneys' fees, the deadline for filing shall be **no later than 30 days after the Court rules on post-trial motions filed pursuant to Rules 50 and 59**.

For post-trial motions for injunctive relief, the deadline for filing shall be **no later than 30 days after the Court rules on post-trial motions pursuant to Rules 50 and 59**.

**SO ORDERED**.

Signed: June 26, 2023

David C. Keesler
United States Magistrate Judge

2

Case 3:20-cv-00021-MOC-DCK   Document 810   Filed 06/27/23   Page 2 of 2