| | |
|---|---|
| **PHILIPS MEDICAL SYSTEMS** <br> **NEDERLAND B.V., ET AL.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| **vs.** ) | **ORDER** |
| ) | |
| **TEC HOLDINGS, INC., ET AL.,** ) | |
| ) | |
| ) | |
| **Defendants.** ) | |
| ———————————————————) | |

**THIS MATTER** is before the Court on Plaintiffs' Motion to Redact information from the trial transcript. (Doc. No. 809). Specifically, Plaintiffs move to redact information containing references to confidential and sensitive technical and financial information and proprietary business information that has been designated as "Confidential" or "Attorneys' Eyes Only" by one or more parties pursuant to a protective order. Plaintiffs seek to redact this information from volumes V-VI, VIII-XI, XIII-XVI of the transcripts for the Jury Trial held on April 7-25, 2023. Defendants have not filed a response to Plaintiffs' Motion to Redact.

Having reviewed the motion, memorandum in support, and the trial transcript, this Court finds that redacting the trial transcript is necessary and there are no alternatives to redaction, because the trial transcript contains Plaintiffs' highly sensitive technical and financial information regarding Plaintiffs' respective business operations and proprietary technologies. The public's right of access to such information is substantially outweighed by the compelling interest in protecting the details of such information from public disclosure. See Peters v. Aetna Inc., No. 1:15-CV-00109-MR, 2018 WL 4937066, at *1 (W.D.N.C. Oct. 11, 2018). Therefore,

this highly sensitive information should not be disclosed in the public record, and Plaintiffs'

Motion to Redact will be granted.

## <u>ORDER</u>

**IT IS THEREFORE ORDERED** that Plaintiffs' Motion to Redact information from the

trial transcript, Doc. No. 809, is **GRANTED**.

Signed: July 31, 2023

Max O. Cogburn Jr
United States District Judge