UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DSC

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) ) ) |
| TEC HOLDINGS, INC., | ) ) ) |
| Defendant. | ) ) ) |

**ORDER AND JUDGMENT**

**THIS MATTER** is before the Court on Defendants' Motion for Formal Determination of Liability and Trebled Damages re Jury Verdict. (Doc. No. 783). The motion is **GRANTED**.

This Order and Judgment memorializes the Court's findings as a matter of law as to whether certain conduct by Plaintiff Philips, found by the jury, constitutes unfair and deceptive practices as a matter of law under N.C. GEN. STAT. § 75-1.1. Here, after the jury trial and on the Verdict Form, the jury found that Philips engaged in the following conduct and that the conduct proximately injured Defendants:

> Philips refused to provide documents, programs, or information necessary to perform repair and maintenance on systems, in a timely or unhindered manner, to Transtate, the Wheelers, and/or TEC, so that they could properly service Allura and Azurion cath labs and/or CT systems.

The jury award damages based on this finding of 848,348.

The Court finds that Philips' conduct, as found by the jury, constitutes an unfair and deceptive trade practice, in violation of N.C.G.S. § 75-1.1. Furthermore, the damages shall be trebled under N.C.G.S. § 75-16.1, for a total damages award of $2,545,044.

This reflects the Court's final judgment in this matter.

1

**IT IS SO ORDERED**.

Signed: October 18, 2023

*/s/ Max O. Cogburn Jr.*
Max O. Cogburn Jr.
United States District Judge