UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants. | **ORDER** |

**THIS MATTER** comes before the Court on its own motion, pursuant to Rule 60(a) of the Federal Rules of Civil Procedure.

Pursuant to Rule 60(a), the Court *sua sponte* finds that the "final judgment" described in the Court's October 18, 2023 Order (Doc. No. 826 at 1) unintentionally omitted judgment as to Plaintiffs' claims, which was vacated pursuant to the Court's May 23, 2023 Order (Doc. No. 786). Accordingly, the judgment portion of the Court's October 18, 2023 Order (Doc. No. 826) shall be **VACATED** and the Court is contemporaneously entering an amended version of its October 18, 2023 Order that strikes "Judgment" from the title of the Order and omits the sentence stating "This reflects the Court's final judgment in this matter."

**IT IS SO ORDERED.**

1

Case 3:20-cv-00021-MOC-DCK   Document 827   Filed 11/03/23   Page 1 of 2

Signed: November 2, 2023

Max O. Cogburn Jr
United States District Judge