UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-21-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants. | **AMENDED ORDER** |

**THIS MATTER** is before the Court on Defendants' Motion for Formal Determination of Liability and Trebled Damages re Jury Verdict. (Doc. No. 783). The motion is **GRANTED**.

This Order memorializes the Court's findings as a matter of law as to whether certain conduct by Plaintiff Philips, found by the jury, constitutes unfair and deceptive practices as a matter of law under N.C. Gen. Stat. § 75-1.1. Here, after the jury trial and on the Verdict Form, the jury found that Philips engaged in the following conduct and that the conduct proximately injured Defendants:

> Philips refused to provide documents, programs, or information necessary to perform repair and maintenance on systems, in a timely or unhindered manner, to Transtate, the Wheelers, and/or TEC, so that they could properly service Allura and Azurion cath labs and/or CT systems.

The jury awarded damages based on this finding of $848,348.

1

The Court finds that Philips' conduct, as found by the jury, constitutes an unfair and deceptive trade practice, in violation of N.C.G.S. § 75-1.1. Furthermore, the damages shall be trebled under N.C.G.S. § 75-16.1, for a total damages award of $2,545,044.

**IT IS SO ORDERED.**

Signed: November 2, 2023

Max O. Cogburn Jr
United States District Judge