IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants. | **Civil Action No.** <br> **3:20-cv-00021-MOC-DCK** |

## JOINT STATUS REPORT

Plaintiffs Philips Medical Systems Nederland B.V., Philips North America LLC, and Philips India Ltd. (collectively, "Plaintiffs" or "Philips") and Defendants Transtate Equipment Company, Inc. ("Transtate"), TEC Holdings, Inc. ("TEC"), and Robert A. Wheeler, individually and in his capacity as executor and personal representative of the Estate of Daniel Wheeler ("Andy Wheeler") (collectively, "Defendants," and together with Philips, the "Parties"), jointly submit this Status Report and state as follows:

1. As indicated in prior communications to the Court, the Parties have been engaged in settlement discussions. Despite diligent and good faith efforts, the Parties have been unable to reach a settlement.

2. Defendants have previously indicated that if settlement was not reached, they intended to file a renewed request that the Court award pre- and post-judgment interest for violation of the North Carolina Unfair and Deceptive Trade Practices Act, N.C.G.S. §§75-1, 16.1, pursuant to

N.C.G.S. § 24–5(b) and 28 U.S.C. § 1961(a) (ECF No. 783). Defendants propose to file that request, including a supplementation of the pre-judgment interest calculations to reflect the passage of time, by February 7, 2024.

3. Judgment still needs to be entered in this case. The Parties intend to submit to the Court a joint Proposed Final Judgment, and propose to file it by February 7, 2024.

Respectfully submitted this the 26th day of January, 2024.

**REED SMITH LLP**

*/s/ Gregory D. Vose*
Christopher R. Brennan (*admitted pro hac vice*)
cbrennan@reedsmith.com
Gregory D. Vose (*admitted pro hac vice*)
gvose@reedsmith.com
225 Fifth Avenue
Pittsburgh, PA 15222

Jim Hultquist (*admitted pro hac vice*)
jhultquist@reedsmith.com
Jen DePriest (*admitted pro hac vice*)
jdepriest@reedsmith.com
10 South Wacker Drive, Suite 4000
Chicago, IL 60606-7507

Gerard M. Donovan (*admitted pro hac vice*)
gdonovan@reedsmith.com
1301 K Street, N.W., Ste. 1000, East Tower
Washington, DC 20005

Carla Wirtschafter (*admitted pro hac vice*)
cwirtschafter@reedsmith.com
1901 Avenue of the Stars, Suite 700
Los Angeles, CA 90067

William R. Overend (*admitted pro hac vice*)
woverend@reedsmith.com
101 Second Street, Suite 1800
San Francisco, CA 94105

**BRADLEY ARANT BOULT CUMMINGS LLP**

Robert R. Marcus
rmarcus@bradley.com
C. Bailey King, Jr.
bking@bradley.com
214 North Tryon Street, Suite 3700
Charlotte, NC 28202

*Counsel for Plaintiffs*

**MORNINGSTAR LAW GROUP**

*/s/ J. Christopher Jackson*
J. Christopher Jackson

**PARKER POE ADAMS & BERNSTEIN LLP**

*/s/ Charles E. Raynal, IV*
Charles E. Raynal, IV
N.C. State Bar No. 32310
charlesraynal@parkerpoe.com
PNC Plaza
301 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Tel.: (919) 828-0564

Nicholas H. Lee
N.C. State Bar No. 47885
nicholaslee@parkerpoe.com
620 South Tryon Street, Suite 800
Charlotte, NC 28202
Tel.: (704) 335-9876

*Counsel for Robert A. Wheeler*

**DENTONS US LLP**
*/s/ Kirk R. Ruthenberg*
David R. Metzer
David.metzger@dentons.com
233 South Wacker Drive, Suite 5900
Chicago, IL 60609

Kirk R. Ruthenberg (*adm. pro hac vice*)
Kirk.ruthenberg@dentons.com
Drew Marrocco (*adm. pro hac vice*)
Drew.marocco@dentons.com
Matthew A. Lafferman (*adm. pro hac vice*)
Matthew.lafferman@dentons.com
1900 K Street, NW
Washington, DC 20006

Brian K. O'Bleness (*adm. pro hac vice*)
Brian.obleness@dentons.com
Jacqueline M. Whipple (*adm. pro hac vice*)
Jacqueline.whipple@dentons.com
4520 Main Street
Kansas City, MO 64111

Tony K. Lu (*adm. pro hac vice*)
Tony.lu@dentons.com
One Beacon Street, Suite 25300
Boston, MA 02108

N.C. State Bar No. 26916
cjackson@morningstarlawgroup.com
John T. Kivus
N.C. State Bar No. 42977
jkivus@morningstarlawgroup.com
J. William Graebe
N.C. State Bar No. 53480
wgraebe@morningstarlawgroup.com
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
Telephone: (919) 590-0365
Facsimile: (919) 882-8890

*Counsel for Defendant Transtate Equipment Company, Inc.*

Harrison M. Gates
N.C. State Bar No. 43793
hgates@morningstarlawgroup.com
700 West Main Street
Durham, NC 27701
Telephone: (919) 590-0364
Facsimile: (919) 882-8890

*Counsel for Defendants Transtate Equipment Company, Inc. and TEC Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically and electronically notify all counsel of record in this case.

*/s/ Gregory D. Vose*