# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants. | **Civil Action No. 3:20-cv-00021-MOC-DCK** |

## JOINT SUBMISSION OF PROPOSED FORMS OF FINAL JUDGMENT

Plaintiffs Philips Medical Systems Nederland B.V., Philips North America LLC, and Philips India Ltd. (collectively, "Plaintiffs" or "Philips") and Defendants Transtate Equipment Company, Inc. ("Transtate"), TEC Holdings, Inc. ("TEC"), and Robert A. Wheeler, individually and in his capacity as executor and personal representative of the Estate of Daniel Wheeler ("Andy Wheeler") (collectively, "Defendants," and together with Philips, the "Parties") hereby submit the enclosed proposed forms of Final Judgment for the Court's consideration, and entry following the Court's ruling on Defendants' renewed motion for award of pre- and post-judgment interest on their damages award under the North Carolina Unfair and Deceptive Trade Practices Act (ECF Nos. 831, 832).

In light of Defendants' pending motion, the parties submit two versions of the proposed Final Judgment. Attached as Exhibit A is a proposed Final Judgment that, should the Court deny

Defendants' motion for pre-judgment interest, includes only an award of post-judgment interest.[1] Attached as Exhibit B is a proposed Final Judgment that, should the Court grant Defendants' motion, includes an award of prejudgment and post-judgment interest.

The Parties do not intend to waive and hereby reserve all rights with regard to post-trial motions and appeal.

Respectfully submitted this the 7th day of February, 2024.

---

[1] Philips does not oppose Defendants' request for an award of post-judgment interest on their NCUDTPA damages award.

| **REED SMITH LLP** | **PARKER POE ADAMS & BERNSTEIN LLP** |
|---|---|
| */s/ Gregory D. Vose* | */s/ Charles E. Raynal, IV* |
| Christopher R. Brennan (*admitted pro hac vice*) | Charles E. Raynal, IV |
| cbrennan@reedsmith.com | N.C. State Bar No. 32310 |
| Gregory D. Vose (*admitted pro hac vice*) | charlesraynal@parkerpoe.com |
| gvose@reedsmith.com | PNC Plaza |
| 225 Fifth Avenue | 301 Fayetteville Street, Suite 1400 |
| Pittsburgh, PA 15222 | Raleigh, NC 27601 |
| | Tel.: (919) 828-0564 |
| Jim Hultquist (*admitted pro hac vice*) | |
| jhultquist@reedsmith.com | Nicholas H. Lee |
| Jen DePriest (*admitted pro hac vice*) | N.C. State Bar No. 47885 |
| jdepriest@reedsmith.com | nicholaslee@parkerpoe.com |
| 10 South Wacker Drive, Suite 4000 | 620 South Tryon Street, Suite 800 |
| Chicago, IL 60606-7507 | Charlotte, NC 28202 |
| | Tel.: (704) 335-9876 |
| Gerard M. Donovan (*admitted pro hac vice*) | |
| gdonovan@reedsmith.com | *Counsel for Robert A. Wheeler* |
| 1301 K Street, N.W., Ste. 1000, East Tower | |
| Washington, DC 20005 | **DENTONS US LLP** |
| | */s/ Kirk R. Ruthenberg* |
| Carla Wirtschafter (*admitted pro hac vice*) | David R. Metzer |
| cwirtschafter@reedsmith.com | David.metzger@dentons.com |
| 1901 Avenue of the Stars, Suite 700 | 233 South Wacker Drive, Suite 5900 |
| Los Angeles, CA 90067 | Chicago, IL 60609 |
| | |
| William R. Overend (*admitted pro hac vice*) | Kirk R. Ruthenberg (*adm. pro hac vice*) |
| woverend@reedsmith.com | Kirk.ruthenberg@dentons.com |
| 101 Second Street, Suite 1800 | Drew Marrocco (*adm. pro hac vice*) |
| San Francisco, CA 94105 | Drew.marocco@dentons.com |
| | Matthew A. Lafferman (*adm. pro hac vice*) |
| **BRADLEY ARANT BOULT CUMMINGS LLP** | Matthew.lafferman@dentons.com |
| | 1900 K Street, NW |
| | Washington, DC 20006 |
| Robert R. Marcus | |
| rmarcus@bradley.com | Brian K. O'Bleness (*adm. pro hac vice*) |
| C. Bailey King, Jr. | Brian.obleness@dentons.com |
| bking@bradley.com | Jacqueline M. Whipple (*adm. pro hac vice*) |
| 214 North Tryon Street, Suite 3700 | Jacqueline.whipple@dentons.com |
| Charlotte, NC 28202 | 4520 Main Street |
| | Kansas City, MO 64111 |
| *Counsel for Plaintiffs* | |
| | Tony K. Lu (*adm. pro hac vice*) |
| **MORNINGSTAR LAW GROUP** | Tony.lu@dentons.com |
| | One Beacon Street, Suite 25300 |
| */s/ J. Christopher Jackson* | Boston, MA 02108 |
| J. Christopher Jackson | |

N.C. State Bar No. 26916
cjackson@morningstarlawgroup.com
John T. Kivus
N.C. State Bar No. 42977
jkivus@morningstarlawgroup.com
J. William Graebe
N.C. State Bar No. 53480
wgraebe@morningstarlawgroup.com
421 Fayetteville Street, Suite 530
Raleigh, NC 27601
Telephone: (919) 590-0365
Facsimile: (919) 882-8890

*Counsel for Defendant Transtate Equipment Company, Inc.*

Harrison M. Gates
N.C. State Bar No. 43793
hgates@morningstarlawgroup.com
700 West Main Street
Durham, NC 27701
Telephone: (919) 590-0364
Facsimile: (919) 882-8890

*Counsel for Defendants Transtate Equipment Company, Inc. and TEC Holdings, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will automatically and electronically notify all counsel of record in this case.

/s/ *Gregory D. Vose*