# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., ET AL., | ) ) ) | AMENDED JUDGMENT IN CASE |
| Plaintiff(s), | ) ) | 3:20-CV-21-MOC-DSC |
| vs. | ) ) | |
| TEC HOLDINGS, INC., ET AL., | ) ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court on motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 27, 2024, order granting pre-judgment and post-judgment interest.

September 24, 2024

Katherine Hord Simon, Clerk
United States District Court