# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## 3:20-cv-21-MOC-DCK

PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; AND PHILIPS INDIA LTD.,

               Plaintiffs,

vs.

TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC.; TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC. and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER,

               Defendants.

**AMENDED NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS**

## STATEMENT OF AMENDMENT

The Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings filed in this case on October 8, 2024 ("Original Notice"), incorrectly identified Defendant TEC Holdings, Inc., f/k/a Transtate Equipment Company, Inc. as a debtor in the below-referenced bankruptcy proceeding. Defendant Transtate Equipment Company, Inc., f/k/a Transtate Holdings, Inc., by and through its counsel, has withdrawn the Original Notice, and hereby files its Amended Notice of Bankruptcy and Automatic Stay of Proceedings.

## AMENDED NOTICE OF SUGGESTION OF BANKRUPTCY AND AUTOMATIC STAY OF PROCEEDINGS

**PLEASE BE ADVISED** that on October 8, 2024 (the "Petition Date"), the below-referenced debtors and debtors in possession (collectively, the "Avante Debtors")[1] filed voluntary petitions for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101–1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Avante Debtors who filed voluntary petitions include, but are not limited to, Transtate Equipment Company, Inc., f/k/a Transtate Holdings, Inc. The Avante Debtors' chapter 11 cases (the "Chapter 11 Cases") are pending before The Honorable Judge Thomas M. Horan, United States Bankruptcy Judge, and are being jointly administered for procedural purposes only under the caption *In re: Jordan Health Products I, Inc. et al.*, Case No. 24-12271.

**PLEASE BE FURTHER ADVISED** that the Debtors are authorized to continue to operate their businesses and manage their properties as debtors and debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

**PLEASE BE FURTHER ADVISED** that pursuant to section 362(a) of the Bankruptcy Code, the automatic stay is in effect and has been since the Petition Date. The automatic stay prohibits and stays certain actions against the Debtors, including, subject to certain

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number are: Jordan Health Products I, Inc. (9981); Global Medical Imaging, LLC (8828); D.R.E. Medical Group, Inc. (2356); Technical Options of Georgia, Inc. (5488); Jordan Health Products III, Inc. (9350); Transtate Equipment Company, Inc. (4201); Equipment Maintenance Solutions, Inc. (7216); Ultra Solutions Holdings, Inc. (2305); Ultra Solutions, LLC (3425); Pacific Medical Group, Inc. (4339); Pacific Medical Holdings, Inc. (2135); and Oncology Services International, Inc. (2514). The Debtors' service address is 8700 W Bryn Mawr Ave., Suite 720S, Chicago, IL 60631. Debtor Jordan Health Products I, Inc. is doing business as Avante Health Solutions.

99167536.3

exceptions, the commencement or continuation of litigation that could have been or was commenced before the Petition Date. Actions taken in violation of the automatic stay, including, without limitation, exercising control of the Debtors' property or pursuing causes of action against the Debtors, without obtaining the necessary relief from the automatic stay from the Bankruptcy Court are void ab initio and may be subject to findings of contempt and the assessment of penalties and fines.

PLEASE TAKE FURTHER NOTICE that additional information regarding the status of the Chapter 11 Cases may be obtained by reviewing the docket of the Chapter 11 Cases, available electronically at https://ecf.deb.uscourts.gov (PACER login and password required) or free of charge by contacting Debtors' proposed claims agent (Omni Agent Solutions, by emailing AvanteInquiries@OmniAgnt.com or calling 866-989-3043 (for toll-free U.S. calls) or 818-698-8426 (for tolled international calls)), by visiting the website maintained by the Debtors' proposed claims agent (https://omniagentsolutions.com/Avante), or by contacting the proposed bankruptcy counsel for the Debtors: Polsinelli PC, 222 Delaware Avenue, Suite 1101, Wilmington, Delaware 19801 (Attn: Christopher A. Ward, Esq., and Michael V. DiPietro, Esq.).

Dated: October 11, 2024.

Respectfully submitted,

/s/ *Gwendolyn J. Godfrey*
Gwendolyn J. Godfrey
North Carolina Bar No. 48410
POLSINELLI PC
555 Fayetteville Street
Suite # 720
Raleigh, NC  27601
Telephone:  (404) 253-6029
*ggodfrey@polsinelli.com*

**Attorney for Transtate Equipment Company, Inc., f/k/a Transtate Holdings, Inc.**

3

## CERTIFICATE OF SERVICE

I certify that on the 11th day of October 2024, I caused to be served upon Counsel of Record, via e-mail, a true and correct copy of the foregoing *Amended Notice of Suggestion of Bankruptcy and Automatic Stay of Proceedings*.

POLSINELLI PC

/s/ *Gwendolyn Godfrey*
Gwendolyn J. Godfrey
North Carolina Bar No. 48410
555 Fayetteville Street
Suite # 720
Raleigh, NC 27601
Telephone: (404) 253-6029
*ggodfrey@polsinelli.com*

**Attorney for Transtate Equipment Company, Inc., f/k/a Transtate Holdings, Inc.**

4