IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:20-CV-021-MOC-DCK

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V., PHILIPS NORTH AMERICA LLC, and PHILIPS INDIA LTD., | )<br>)<br>)<br>) |
| Plaintiffs, | ) |
| v. | )<br>) |
| TEC HOLDINGS, INC., f/k/a TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., f/k/a TRANSTATE HOLDINGS, INC., and ROBERT A. WHEELER, | )<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**ORDER**

**THIS MATTER IS BEFORE THE COURT** on Defendants TEC Holdings, Inc. ("TEC") and Robert A. Wheeler's "Consent Motion For Extension Of Deadline To File Bill Of Costs" (Document No. 880) filed January 8, 2025. This motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate. Having carefully considered the motion and the record, and following consultation with Judge Cogburn's chambers, the undersigned will grant the motion.

By the instant motion, Defendants TEC and Robert A. Wheeler ("Defendants") indicate that "[t]he outcome of…various post-trial motions could impact any Bills of Costs filed pursuant to 28 U.S.C. § 1920." (Document No. 880). Defendants assert they "believe it would be more efficient to extend the deadline for Bills of Costs to be filed until after the Court rules on post-trial motions." Id. Defendants thus "request that the Court extend the deadline for filing motions for

costs until April 15, 2025, or thirty (30) days from the date of the order on the post-trial motions, whichever date is sooner." Id.

**IT IS, THEREFORE, ORDERED** that Defendants TEC Holdings, Inc. ("TEC") and Robert A. Wheeler's "Consent Motion For Extension Of Deadline To File Bill Of Costs" (Document No. 880) is **GRANTED**. Bills of Costs shall be filed within **thirty (30) days** following the entry of Order(s) on the pending post-trial motions (Document Nos. 868, 870).

**SO ORDERED**.

Signed: January 9, 2025

David C. Keesler
United States Magistrate Judge