IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| PHILIPS MEDICAL SYSTEMS NEDERLAND B.V.; PHILIPS NORTH AMERICA LLC; and PHILIPS INDIA LTD., <br><br> Plaintiffs, <br><br> v. <br><br> TEC HOLDINGS, INC., F/K/A TRANSTATE EQUIPMENT COMPANY, INC., TRANSTATE EQUIPMENT COMPANY, INC., F/K/A TRANSTATE HOLDINGS, INC., and ROBERT A. ("ANDY") WHEELER, individually and in his capacity as executor and personal representative of the Estate of DANIEL WHEELER, <br><br> Defendants. | **Civil Action No.:** <br> **3:20-cv-00021-MOC-DSK** |

## PLAINTIFFS' WITHDRAWAL OF NOTICE OF INTENT TO REQUEST REDACTION OF TRANSCRIPT

Plaintiffs Philips Medical Systems Nederland B.V., Philips North America LLC, and Philips India Ltd. (collectively, "Philips") hereby withdraw the notice of intent (ECF No. 884) to request redaction of the transcript for the Pretrial Conference held on March 17, 2023.

Dated this 5th day of February, 2025.

*/s/ Gregory Vose*
Robert R. Marcus
N.C. State Bar No. 20041
C. Bailey King, Jr.
N.C. State Bar No. 34043
BRADLEY ARANT BOULT CUMMINGS LLP
214 North Tryon Street, Suite 3700
Charlotte, NC 28202
Telephone: (704) 338-6027
Facsimile: (704) 332-8858
Email: rmarcus@bradley.com

Email: bking@bradley.com

Christopher Brennan
Pa. ID 313534 (*admitted pro hac vice*)
Gregory Vose
Pa. ID 324912 (*admitted pro hac vice*)
REED SMITH LLP
225 Fifth Avenue
Pittsburgh, PA 15222
Tel.:     (412) 288-3131
Fax:     (412) 288-3063
Email: cbrennan@reedsmith.com
Email: gvose@reedsmith.com

Gerard M. Donovan
DC Bar 997156 (*admitted pro hac vice*)
REED SMITH LLP
1301 K. Street, N.W., Suite 1000 – East Tower
Washington, DC 20005
Tel.:     (202) 414-9224
Fax:     (202) 414-9299
Email:  gdonovan@reedsmith.com

William R. Overend (*admitted pro hac vice*)
California Bar No. 180209
REED SMITH LLP
101 Second Street, Suite 1800
San Francisco, CA 94105
Tel:      (415) 543-8700
Fax:     (415) 391-8269
Email: woverend@reedsmith.com

James T. Hultquist (*admitted pro hac vice*)
Illinois Bar No. 6204320
Jennifer Y. DePriest (*admitted pro hac vice*)
Illinois Bar No. 6272137
REED SMITH LLP
10 South Wacker Drive, Suite 4000
Chicago, Illinois 6060
Tel.:     (312) 207-6494
Fax:     (312) 207-6400
Email:  jhultquist@reedsmith.com
Email:  jdepriest@reedsmith.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notice electronically to all counsel of record.

*/s/ Gregory Vose*
Gregory Vose

- 3 -

Case 3:20-cv-00021-MOC-DCK     Document 885     Filed 02/05/25     Page 3 of 3